UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BILL LIETZKE,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF MONTGOMERY,<br>ALABAMA, *et al.*, and KEVIN MURPHY,<br>Chief,<br><br>    Defendants. | Case No. 1:25-cv-00725-AKB<br><br>**JUDGMENT** |

In accordance with the Order entered on this date, **IT IS ORDERED, ADJUDGED, and DECREED** that this entire case is DISMISSED without prejudice. After entry of the Judgment, the Clerk of Court shall close this case.

DATED: January 22, 2026

*Amanda K. Brailsford*
Amanda K. Brailsford
U.S. District Court Judge